# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOOMJ.COM, *et al.*,

    Plaintiffs/Counterdefendants,

v.

GEORGE PURSGLOVE,

    Defendant/Counterclaimant.

Case No. 2:08-CV-00496-KJD-LRL

**ORDER**

    Defendant/Counterclaimant George Pursglove filed a Motion for Partial Summary Judgment (#78) on February 23, 2010 and a Motion to Discharge Writ of Garnishment (#84) on April 20, 2010. On May 21, 2010, the magistrate judge granted Plaintiff BoomJ.com an additional thirty (30) days to obtain counsel. Plaintiffs filed Notice of Appearance (#90) on June 14, 2010. Since that date no action of record has been taken. Accordingly, the parties shall file a stipulation to dismiss this action or a joint status report within fourteen (14) days of the entry of this order. If the parties fail to do so, Plaintiffs shall file a response in opposition to Defendant's motions no later than twenty-one (21) days after the entry of this order.

**IT IS SO ORDERED.**

    DATED this 8th day of July 2010.

_____
Kent J. Dawson
United States District Judge