UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*

BOOM J.com, et al,

        Plaintiff(s),

vs.

GEORGE PURSGLOVE,

        Defendant(s).

2:08-cv-496 KJD

**ORDER FOR DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 19, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: Aug 13, 2013

                                                   **U.S. DISTRICT JUDGE**